# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| LILLIAN ABALO JOHN, | ) |
| Plaintiff, | ) |
| v. | ) Docket no. 2:17-cv-378-NT |
| JOHN LANGOYA, | ) |
| Defendant | ) |

## ORDER AFFIRMING THE RECOMMENDED DECISION
## OF THE MAGISTRATE JUDGE

On October 11, 2017, the United States Magistrate Judge filed with the court, with copies to the Plaintiff, his Recommended Decision. (ECF No. 7). The time within which to file objections has expired, and no objection has been filed. The Magistrate Judge notified the Plaintiff that failure to object would waive his right to de novo review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. After preliminary review under 28 U.S.C. § 1915(e)(2), the Plaintiff's complaint is **DISMISSED**.

SO ORDERED.

/s/ Nancy Torresen
United States Chief District Judge

Dated this 13th day of November, 2017.